**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 12-09775 VAP                                  Date:  July 22, 2013

Title:   IN RE: ARNA SUSAN VODENOS
================================================================
PRESENT:       HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

    Marva Dillard                                             None Present
    Courtroom Deputy                                      Court Reporter

ATTORNEYS PRESENT FOR                        ATTORNEYS PRESENT FOR
PLAINTIFFS:                                              DEFENDANTS:

    None                                                            None

PROCEEDINGS:       ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE
                                TO PROSECUTE (IN CHAMBERS)

    Upon order of the U.S. Bankruptcy Appellate Panel of the Ninth Circuit, this action was referred to the district court, under the above-referenced case No. CV 12-09775-VAP, and assigned to United States District Judge Virginia A. Phillips.

    Pursuant to "Notice Re: Bankruptcy Appeal Briefing Schedule" (Doc. No. 10) filed in this matter, Appellant was required to file an opening brief by June 4, 2013. Appellant did not file an opening brief by the deadline, and neither party has made a request with this Court for an order extending the deadlines to submit the required filings as required regarding the briefs on appeal. (<u>See</u> Local Rules Governing Bankruptcy Appeal, 8001-1 and 8009-4.5)

    Accordingly, it is hereby ORDERED that appellant shall show cause in writing

**EDCV 12-09775 VAP**
**IN RE: ARNA SUSAN VODENOS**
**MINUTE ORDER of July 22, 2013**

on or before August 2, 2013, as to why this action should not be dismissed for failure to prosecute the appeal.

     In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to timely respond to this Court's Order may result in the dismissal of the action.

     **IT IS SO ORDERED.**