O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br>ARNA SUSAN VODENOS<br>        DEBTOR, | Case No. CV 12-09775-VAP<br>USBC Case No. 1:10BK25103 GM<br>ADVERSARY Case No.<br><br>**ORDER DISMISSING APPEAL** |

    Upon order of the U.S. Bankruptcy Appellate Panel of the Ninth Circuit, this action was referred to the district court, under the above-referenced case No. CV 12-09775-VAP, and assigned to United States District Judge Virginia A. Phillips.

    Pursuant to "Notice Re: Bankruptcy Appeal Briefing Schedule" (Doc. No. 10) filed in this matter, Appellant Arna Susan Vodenos ("Appellant") was required to file an opening brief by June 4, 2013.  Appellant did not file an opening brief by the deadline and neither party made a request with this Court for an order extending the

deadlines to submit the required filings.  (See Local Rules Governing Bankruptcy Appeal, 8001-1 and 8009-4.5.)

    Accordingly, the Court ordered the Appellant to show cause, in writing, on or before August 2, 2013, as to why this action should not be dismissed for failure to prosecute the appeal.  (See Doc. No. 11 ("OSC").)  The Appellant failed to respond.  Accordingly, the Court DISMISSES the appeal.

Dated: <u>August 21, 2013</u>

                              VIRGINIA A. PHILLIPS
                        United States District Judge