**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br>ARNA SUSAN VODENOS<br>　　　　DEBTOR, | Case No. CV 12-09775-VAP<br>USBC Case No. 1:10BK25103 GM<br>ADVERSARY Case No.<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that the Appeal is DISMISSED.  The Court orders that such judgment be entered.

Dated: August 21, 2013

　　　　　　　　　　　　　　　　　　/s/ Virginia A. Phillips
　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　United States District Judge